**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| **STEPHEN EUGENE JOHNSON,** §<br>**AH 8857, SO No. 86962,** § | | |
| § | | |
| **Petitioner,** § | | |
| § | | |
| **v.** § | | **Civil Action No. 7:17-CV-00085-M-BP** |
| § | | |
| **DAVID DUKE,** §<br>**Sheriff of Wichita County,** § | | |
| § | | |
| **Respondent.** § | | |
| § | | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, Petitioner's Amended Petition for Writ of Habeas Corpus (ECF No. 6) is **DISMISSED** without prejudice.

**SIGNED** this 31st day of August, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE